IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SUSAN O'BRIEN,

     Appellant,

  Case No.  5D21-1310
v.                              LT Case No. 2017-CA-011058

ORION INVESTMENT AND
MANAGEMENT LTD CORP.
D/B/A ORION REAL ESTATE GROUP,

     Appellee.
_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Orange County,
Jeffrey L. Ashton, Judge.

Carri S. Leininger, of Williams,
Leininger & Cosby, P.A.,
North Palm Beach, for Appellant.

Hinda Klein and Samuel B. Spinner,
of Conroy Simberg, Hollywood, for
Appellee.


PER CURIAM.

     AFFIRMED.

EVANDER, TRAVER and WOZNIAK, JJ., concur.